**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery (Endorsement Required) | |
| Total Postage | #043-026 |

Postmark Here

Sent To: Shawn Heard
Ohio Reformatory for Women
Street, Apt. No. or PO Box No.: 1479 Collins Ave.
City, State, ZIP: Marysville, OH 43040

PS Form 3800, June 2002        See Reverse for Instructions