UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Rm. 526, U.S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

4815

C-1-01-556 (Doc 6)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Molly Richards  ☐ Agent  ☑ Addressee<br>B. Received by ( Printed Name )  Molly Richardson  C. Date of Delivery  6-12-04 |
| 1. Article Addressed to:<br><br>Shawn Heard<br>#043-026<br>Ohio Reformatory for Women<br>1479 Collins Ave.<br>Marysville, OH 43040 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0002 0889 9704 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540