**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Shaun Heard #043-096
Street, Apt. No. or PO Box No.: OH Reformatory f/women 1479 Collins Ave.
City, State, ZIP+4: Marysville, OH. 43040

7001 2510 0008 6348 7875
7001 2510 0008 6348 7875

CERTIFIED MAIL