• Sender: Please print your name, address, and ZIP+4 in this box •

**UNITED STATES DISTRICT COURT**
103 ~~324~~ Potter Stewart Courthouse
**100 East** Fifth Street
**Cincinnati,** OH 45202

C-01-556

SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Andrews
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Shawn Heard
#048-026
Oh. Reformatory
for Women
1479 Collins Ave
Marysville Oh 43040

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0008 6348 7875

PS Form 3811, August 2001    Domestic Return Receipt