# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

SHAWN HEARD,

    Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　Case No.　C-1-01-556

DEBORAH TIMMERMAN-COOPER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**　　This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x　**Decision by Court.**　　This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

This case is Dismissed with Prejudice and Terminated on the docket of the Court.

Date:　July 28, 2004　　　　　　　　　　　　　　　JAMES BONINI., CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:s/　Darlene Maury
　　　　　　　　　　　　　　　　　　　　　　　　Darlene Maury, Deputy Clerk